| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Barbara Lanning<br>Task Force Officer: Jaclyn Kocis-Maniaci | Telephone: (313) 226-9103<br>Telephone: (313) 969-9433 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Carlos EDWARDS | Case No. Case: 2:23−mj−30231<br>Assigned To : Unassigned<br>Assign. Date : 6/6/2023<br>CMP USA V EDWARDS (LH) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 3, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Officer Jaclyn Kocis-Maniaci, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 6, 2023__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, Magistrate Judge
*Printed name and title*

Save    Print

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF
## AN CRIMINAL COMPLAINT

I, Jaclyn Kocis-Maniaci, being first duly sworn, hereby state:

1. I am a police officer with the City of Detroit. I have been with the Detroit Police Department since 2003. I became a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in January of 2017. During my career, I have been involved in numerous investigations involving firearms and narcotics cases resulting in successful federal and state prosecutions.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. ATF is currently conducting a criminal investigation concerning Carlos EDWARDS (B/M; DOB: XX/XX/1991) for violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

1

## PROBABLE CAUSE

4. I reviewed a computerized criminal history and Michigan Third Circuit Court records for EDWARDS, which revealed the following felony arrests and convictions.

   a. On April 12, 2013, EDWARDS was charged with deliver/manufacture cocaine, heroin, or other narcotic less than 50 grams and felony firearm in Wayne County Third Circuit Court. On May 14, 2013, EDWARDS pleaded guilty to one count of felony firearm. EDWARDS was sentenced to two years' incarceration in the Michigan Department of Corrections. He was released from custody in May 2015.

   b. On July 11, 2016, EDWARDS was charged with two counts of felonious assault, felon in possession of a firearm, carrying a concealed weapon, and felony firearm in Wayne County Third Circuit Court. On October 12, 2016, EDWARDS pleaded guilty to one count of felony firearm—2nd offense notice. EDWARDS was sentenced to five years' incarceration in the Michigan Department of Corrections. He was released from custody in July 2021.

   c. Because EDWARDS has twice been convicted of felony firearm, has served at a total of 7 years' incarceration, and was previously

charged with the offense felon in possession of a firearm, there is probable cause to believe that EDWARDS is aware of his status as a convicted felon.

5. On June 3, 2023, at approximately 7:26 p.m., Detroit Police officers responded to the area of Kennebec Street and Bradford Street in Detroit on a call for a felonious assault in progress. The caller reported that a black man wearing a blue shirt and shorts had pulled out a firearm.

6. When the officers arrived at Kennebec and Bradford, they saw EDWARDS, wearing a blue shirt and shorts, seated on a park bench. Next to EDWARDS on the bench was a black backpack. As the officers got closer, EDWARDS stood up and walked away from the bench, leaving the backpack behind.

7. One of the officers approached EDWARDS and asked if he had a CPL, and EDWARDS responded that he did not. The officer then asked EDWARDS if he had a weapon on him, and EDWARDS nodded in the affirmative, then told the officer "Yeah." The officer asked where the weapon was, EDWARDS gestured towards the backpack and said, "right there." The officer asked EDWARDS if it was registered to him, and EDWARDS told him it was not.

8. The officers seized the backpack from the park bench. Inside, they recovered a loaded black, Glock 17 Gen5 handgun. Officers did not recover any

3

firearm from EDWARDS' person. EDWARDS was placed under arrest for carrying a concealed weapon.

9.      On June 5, 2023, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs and provided a verbal description of the Glock 17 Gen5 handgun recovered by Detroit Police officers on June 3, 2023. SA Kara Klupacs advised the firearm was manufactured outside of the state of Michigan, and therefore has traveled in and affected interstate commerce.

## CONCLUSION

10.     Based upon the aforementioned facts stated herein, there is probable cause to believe Carlos EDWARDS (B/M; DOB: XX/XX/1991), a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock 17 Gen5 handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (Felon in Possession of a Firearm).  Said violation occurring on or about June 3, 2023 in the city of Detroit, in the County of Wayne, in the Eastern Judicial District of Michigan.

**Respectfully submitted,**

**Jaclyn Kocis-Maniaci**
**Task Force Officer, ATF**

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   June 6, 2023

5